JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 16-00361-CJC(DFMx)           Date: April 7, 2016

Title: IN SOOK CHOI V. WELLS FARGO BANK, N.A. ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE**

      Plaintiff In Sook Choi brings this action against Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Evergreen Community Association ("Evergreen") for wrongful foreclosure, negligence, quiet title, slander of title, fraud, breach of the covenant of good faith and fair dealing, unfair business practices, and breach of fiduciary duty. (*See* Dkt. 1 ["Notice of Removal"] Exh. A ["Compl."].) Evidently Plaintiff fell behind on obligations to her homeowners association, Evergreen, who subsequently foreclosed on her home. Plaintiff alleges that the foreclosure was wrongful and that Wells Fargo had an obligation to stop it. Plaintiff filed her complaint in state court on January 19, 2016. On February 29, 2016, Wells Fargo removed to this court on the basis of federal question jurisdiction. (*See generally* Notice of Removal.)

      On April 4, 2016, concerned that it may not have jurisdiction, the Court issued an order to show cause why this action should not be remanded to state court. (*See* Dkt. 8.) On April 5, Wells Fargo notified the Court of its consent to remand. Accordingly, for the reasons set forth in the Court's order to show cause, (Dkt. 8), and Wells Fargo's consent to remand, (Dkt. 10), the action is **REMANDED** to Orange County Superior Court.

sr

MINUTES FORM 11
CIVIL-GEN                                                                       Initials of Deputy Clerk MKU